IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>VS.<br><br>**ISAIAH HUNTER, JR.,**<br><br>Defendant | **NO. 3: 05-MJ-07-02 (CWH)**<br><br>VIOLATION: 18 U.S.C. §922(g) |

## ORDER ON PRELIMINARY EXAMINATION

Defendant **ISAIAH HUNTER, JR.** this day appeared before Claude W. Hicks, Jr., United States Magistrate Judge for the Middle District of Georgia, for a **PRELIMINARY EXAMINATION** under provisions of Rule 5.1 of the Federal Rules of Criminal Procedure. He was represented by Mr. Joel V. Sherlock of the Macon Bar; the United States was represented by Assistant United States Attorney Richard S. Moultrie, Jr.

After consideration of the testimony of Special Agent Monty A. Sharitt of the BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, as well as the argument of counsel for the government and for the defendant, the undersigned finds that PROBABLE CAUSE does exist that the offense set forth in the Criminal Complaint filed herein on July 6, 2005, to-wit: 18 U.S.C. §922(g), has been committed as set forth in said complaint, and that defendant **ISAIAH HUNTER, JR.** did commit said offense as charged therein.

THEREFORE, IT IS ORDERED AND ADJUDGED that this matter be referred to a GRAND JURY of this district for further proceedings as required by law.

SO ORDERED, this 12th day of JULY, 2005.

CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE