IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| VS. | NO. 3: 05-CR-24 (CAR) |
| ISAIAH HUNTER, JR., | VIOLATION(S):  FIREARMS RELATED |
| Defendant | |

### ORDER ON MOTION OF JOEL V. SHERLOCK TO WITHDRAW AS COUNSEL FOR DEFENDANT ISAIAH HUNTER, JR.

JOEL V. SHERLOCK, attorney of record for defendant **ISAIAH HUNTER, JR.** by appointment of the court, has requested that the court permit him to withdraw as counsel for said defendant, showing that he and his client have irreconcilable differences.  Accordingly, upon consideration of his request to withdraw and for good cause shown, the same is **GRANTED**.  Effective with the appointment of replacement counsel, **JOHN FRANCISCO** of the Macon Bar, this day made, the said JOEL V. SHERLOCK is relieved of any further responsibility in the representation of defendant ISAIAH HUNTER, JR..

SO ORDERED, this 6th day of FEBRUARY, 2006.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE