IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| ISAIAH HUNTER, JR., : | |
| : | 3:05-cr-24 (CAR) |
| Petitioner, : | |
| : | |
| vs. : | HABEAS CORPUS |
| : | 28 U.S.C. § 2255 |
| UNITED STATES OF AMERICA, : | |
| : | |
| : | |
| _____ | |

## *ORDER ON THE REPORT AND RECOMMENDATION*
## *OF THE UNITED STATES MAGISTRATE JUDGE*

Before the Court is a Report and Recommendation (Doc.100) from United States Magistrate Judge G. Mallon Faircloth, that recommends denying Petitioner's Habeas Corpus Petition as barred by the statute of limitations contained in 28 U.S.C. §2255. No Objections have been filed within the time allowed. Pursuant to 28 U.S.C. § 636, the Court has thoroughly considered the Recommendation and procedural history of the case. As Petitioner waited until July 11, 2008, to file his Petition for habeas corpus relief, which was due no later than September 10, 2007, the Petition is untimely. Accordingly, the Recommendation is **ACCEPTED**, and Petitioner's Habeas Corpus Petition is **DISMISSED**.

**SO ORDERED**, this 18th day of November, 2008.

S/ C. Ashley Royal
C. ASHLEY ROYAL
UNITED STATES DISTRICT JUDGE

SCS/ssh